**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SENDER ESTUARDO PEREZ MORALES,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF GREENE CO. JAIL, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cv-03526-MBB-P |

**ORDER**

This pro se matter was filed pursuant to 28 U.S.C. § 2241. On August 28, 2026, this Court ordered Petitioner to correct defects in his petition by filing an amended petition on the Court-approved form, signed under penalty of perjury, on or before September 8, 2026. Doc. 3. This Court warned Petitioner that failure to comply by the deadline would result in dismissal of this action without further notice. *Id.* at 3. As of today, Petitioner has not submitted an amended petition to correct the technical defects and has not otherwise submitted any further pleadings in this case.

Pursuant to Federal Rule of Civil Procedure 41(b), if the Petitioner fails to prosecute or to comply with a court order, the Court may dismiss the action or claim. Thus, because Petitioner has not complied with the Court's directive to file an amended petition on the Court-approved form, signed under penalty of perjury, nor has he taken any action to prosecute his case, this case is dismissed.

Accordingly, it is **ORDERED** that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Order. Any motion to reopen this case must be filed within a reasonable period of time and must comply with the Court's previous Order.

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON, JUDGE
UNITED STATES DISTRICT COURT

Dated: September 9, 2026